SIMON STRUNIN, Respondent, v. BRONX RUSSIAN AND TURKISH BATHS, INC.,

* See Labor Law, §§ 27–29, as amd. by Laws of 1927, chap. 166.— [REP.

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.